EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex Parte: <br><br> Aprobación de Baja Voluntaria de enero a marzo de 2014 | 2014 TSPR 61 <br><br> 190 DPR ____ |
|---|---|

Número del Caso: EM-2014-5

Fecha: 25 de abril de 2014

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de
Baja Voluntaria de
enero a marzo de 2014          EM-2014-5

RESOLUCIÓN

San Juan, Puerto Rico, a   25  de abril de 2014.

Durante el periodo de enero a marzo de 2014, este Tribunal autorizó la Baja Voluntaria de los siguientes abogados(as):

### enero

| | |
|---|---|
| Pedro F. Valdés Carrelo | 2468 |
| Francisco Ponsa Flores | 3209 |
| Luis A. Ortiz Seda | 3920 |
| Raúl E. Gómez Estremera | 4807 |
| Wanda J. Fernández Morales | 5629 |
| María T. Rigau Escudero | 10,796 |

### febrero

| | |
|---|---|
| Carlos M. Delgado Villegas | 4654 |
| Raúl E. Gómez Estremera | 4807 |
| Virgen Rosa González Delgado | 4954 |
| Santos Zambraba Padilla | 8637 |
| Leopoldo Ferrer Rodríguez | 8759 |

**marzo**

| | |
|---|---|
| Miguel A. Alvarado Santos | 5826 |
| José Cancel Mercado | 6445 |
| Frank Nieves Rolón | 7322 |
| José Antonio Venegas Sánchez | 8424 |

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.



Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo